UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE THOMAS, | ) | CASE NO. 1:15 CV 1466 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On December 14, 2015 the Magistrate Judge in this matter submitted a Report and Recommendation (Doc. 15) recommending that the Court **GRANT** the Commissioner's Motion to Dismiss.

Under Fed. R. Civ. P. 72(b), if the parties wish to object to the proposed findings and recommendation they must do so by filing specific written objections within the fourteen (14) day period following service of the Report and Recommendation. In this matter, the Commissioner filed a notice within the prescribed period indicating there are no objections. Further review by this Court at this time would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, Magistrate Judge's Report and Recommendation is adopted. The Commissioner's Motion to Dismiss is **GRANTED**. The matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 12, 2016          */s/ John R. Adams*
                                 JOHN R. ADAMS
                                 UNITED STATES DISTRICT COURT JUDGE
                                 NORTHERN DISTRICT OF OHIO